Decided April 24, 1997

STATE OF CONNECTICUT *v.* WILLIE ASKEW

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 280 (AC 14771), is granted, limited to the following issues:

"1. Under the circumstances of this case, did the trial court prejudice the defendant by improperly excluding from evidence the victim's prior felony larceny conviction while allowing into evidence the defendant's prior conviction?

"2. Under the circumstances of this case, did the trial court improperly deny the defendant's request for a *Telfaire* instruction?"

The Supreme Court docket number is SC 15674.

*Sheila A. Huddleston,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided April 24, 1997